```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HECTOR RODRIGUEZ, et al.,                :
                                         :      24cv5133(DLC)
                            Plaintiffs,  :
              -v-                        :         ORDER
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 2, 2024, plaintiffs filed a request for an extension of time to serve Defendant Correctional Officer Ryan Gunning, who was at the time the sole outstanding defendant to be served. That same day, the request was granted and the time to serve Defendant Gunning extended to October 21. It is hereby

ORDERED that plaintiffs shall file by October 28, 2024 an affidavit of service with respect to Defendant Gunning.

Dated:  New York, New York
        October 25, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge