```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HECTOR RODRIGUEZ, et al.,                :
                                         :    24cv5133(DLC)
                           Plaintiffs,   :
              -v-                        :        ORDER
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 1, 2024, an initial pretrial conference was scheduled for January 24, 2025 at 11 a.m.  On October 21, defendants filed an answer to plaintiffs' complaint.  It is hereby

ORDERED that the initial pretrial conference is rescheduled for Thursday, November 14, 2024 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          October 28, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge