UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HECTOR RODRIGUEZ, et al.,

                                                    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/29/2026

**ORDER TO PRODUCE
PLAINTIFF FOR
SETTLEMENT
CONFERENCE**

24-CV-05133 (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled for Wednesday, July 8, 2026, at 2:00 p.m. before Magistrate Judge Katharine H. Parker.

IT IS HEREBY ORDERED that the Warden or other official in charge of the United States Penitentiary Hazelton produce Plaintiff Jonathan Guerrero, Register No. 66301-054, on July 8, 2026, to a suitable location within the facility that is equipped with a videoconferencing system, for the purpose of participating by video in the settlement conference in the above-captioned matter.

The facility shall make Plaintiff available by videoconference for a one-hour period between 3:00 p.m. and 5:00 p.m. on July 8, 2026.

If this date and time present an inconvenience, the Warden or the Warden's designee should promptly notify Chambers via email: Parker_NYSDChambers@nysd.uscourts.gov

**SO ORDERED.**

Dated: ___June 29___, 2026

                                                    Katharine H. Parker
                                                    United States Magistrate Judge