UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

HECTOR RODRIGUEZ, et al.,

                                    Plaintiffs,

            -against-

CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2026

**ORDER TO PRODUCE PLAINTIFF FOR SETTLEMENT CONFERENCE**

24-CV-05133 (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled for Wednesday, July 8, 2026, at 2:00 p.m. before Magistrate Judge Katharine H. Parker.

IT IS HEREBY ORDERED that the Warden or other official in charge of the Five Points Correctional Facility produce Plaintiff Hector Rodriguez, DIN No. 24B0427, on July 8, 2026, to a suitable location within the facility that is equipped with a videoconferencing system, for the purpose of participating by video in the settlement conference in the above-captioned matter.

The facility shall make Plaintiff available by videoconference for a one-hour period between 3:00 p.m. and 5:00 p.m. on July 8, 2026.

If this date and time present an inconvenience, the Warden or the Warden's designee should promptly notify Chambers via email: Parker_NYSDChambers@nysd.uscourts.gov

**SO ORDERED.**

Dated: June 29, 2026

Katharine H. Parker
United States Magistrate Judge